# United States Court of Appeals for the Federal Circuit

---

**VIRGINIA MILTON AND ARNOLD MILTON, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED PERSONS, ET AL.,**
*Plaintiffs-Appellants*

**TRAVELERS EXCESS AND SURPLUS LINES COMPANY,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2021-1131, 2021-1132, 2021-1133, 2021-1134, 2021-1135, 2021-1136, 2021-1137, 2021-1138, 2021-1139, 2021-1140, 2021-1142, 2021-1143, 2021-1144, 2021-1145, 2021-1146, 2021-1147, 2021-1148, 2021-1151, 2021-1152, 2021-1155, 2021-1157, 2021-1159, 2021-1161, 2021-1162, 2021-1163, 2021-1164, 2021-1165, 2021-1167, 2021-1171, 2021-1172, 2021-1173, 2021-1174, 2021-1175, 2021-1176, 2021-1177, 2021-1178, 2021-1184, 2021-1186, 2021-1187, 2021-1188, 2021-1189, 2021-1190, 2021-1192, 2021-1193, 2021-1195, 2021-1196, 2021-1197, 2021-1198, 2021-1199, 2021-1200, 2021-1201, 2021-1204, 2021-1205, 2021-1206, 2021-1207, 2021-1208, 2021-1214, 2021-1215, 2021-1216, 2021-1217, 2021-1218, 2021-1220, 2021-1221, 2021-1222, 2021-1223, 2021-1224, 2021-1225, 2021-1230, 2021-1231, 2021-1232, 2021-1233, 2021-1234, 2021-1237, 2021-1238, 2021-1239, 2021-1240, 2021-1241, 2021-1242, 2021-1243, 2021-1244, 2021-1250, 2021-1251, 2021-1252, 2021-1253, 2021-1254, 2021-1255, 2021-1256, 2021-1268, 2021-1269, 2021-1270, 2021-1271, 2021-1272, 2021-1273, 2021-1274, 2021-1275,

2021-1276, 2021-1277, 2021-1279, 2021-1280, 2021-1281,
2021-1282, 2021-1283, 2021-1284, 2021-1285, 2021-1286,
2021-1287, 2021-1288, 2021-1289, 2021-1290, 2021-1291,
2021-1293, 2021-1294, 2021-1295, 2021-1296, 2021-1302,
2021-1303, 2021-1304, 2021-1305, 2021-1306, 2021-1307,
2021-1308, 2021-1309, 2021-1310, 2021-1311, 2021-1312,
2021-1313, 2021-1314, 2021-1315, 2021-1316, 2021-1317,
2021-1318, 2021-1319, 2021-1320, 2021-1322, 2021-1324,
2021-1325, 2021-1335, 2021-1336, 2021-1337, 2021-1338,
2021-1339, 2021-1341, 2021-1394, 2021-1398, 2021-1403,
2021-1404, 2021-1405, 2021-1406, 2021-1407, 2021-1427,
2021-1429, 2021-1431, 2021-1444, 2021-1455, 2021-1464,
2021-1465, 2021-1467, 2021-1468, 2021-1472, 2021-1479,
2021-1481, 2021-1482, 2021-1483, 2021-1492, 2021-1494,
2021-1499, 2021-1513, 2021-1529, 2021-1539, 2021-1540,
2021-1541, 2021-1847, 2021-1889, 2021-1890, 2021-1891,
2021-1894, 2021-1947, 2021-2047

_____

Appeals from the United States Court of Federal Claims in Nos. 1:17-cv-01235-LAS, 1:17-cv-09002-LAS, Senior Judge Loren A. Smith.

_____

## MANDATE

_____

In accordance with the judgment of this Court, entered June 2, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 25, 2022　　　　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court